IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **NEIL M. MCCARTHY** : | |
| **8706 Reading Road** : | |
| **Silver Spring, Maryland 20901** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No. 8:20-cv-00138 |
| : | |
| **LINDA F. VENTO** : | |
| **33 Newton Lane** : | |
| **Trumbull, Connecticut 06611** : | |
| : | |
| **Defendant.** : | |

## COMPLAINT

The Plaintiff, Neil M. McCarthy, through counsel, hereby files this Complaint against Defendant Linda F. Vento, and states as follows:

## JURISDICTION AND VENUE

1. The Plaintiff Neil M. McCarthy is a citizen and resident of the State of Maryland.

2. Defendant Linda F. Vento is a citizen and resident of the State of Connecticut.

3. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §1332 as there is diversity of citizenship between the parties and the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00).

4. Personal jurisdiction is proper pursuant to Md. Ct. & Jud. Proc. §6-103 and the Defendant has the requisite minimum contacts with the State of Maryland.

5. Venue is proper in this court pursuant to 28 U.S.C. §1391.

## FACTS COMMON TO ALL COUNTS

6. On February 17, 2017, the Plaintiff was driving a motor vehicle with due care westbound on the Capital Beltway (I-495), at or near its intersection with Connecticut Avenue, in Montgomery County, Maryland.

7. On the same date and time, Defendant Linda F. Vento was operating a motor vehicle behind Plaintiff Neil M. McCarthy proceeding in the same direction of travel on the Capital Beltway (I-495).

8. Suddenly and without warning, the Defendant Linda F. Vento drove her vehicle into the rear of the Plaintiff's vehicle, thereby causing a collision, causing the Plaintiff to strike another vehicle, and causing the Plaintiff to sustain serious personal injuries. The Plaintiff neither caused nor contributed to the collision or his injuries.

## COUNT I
### (Negligence Causing Personal Injuries - Linda F. Vento)

9. The Plaintiff re-alleges and incorporates herein by reference paragraphs 1 through 8 above.

10. The foregoing occurrence was caused by Defendant Linda F. Vento's negligence. Such negligence included the failure to pay full time and attention to the operation of her vehicle; failure to operate her vehicle at a reasonable speed; failure to control her vehicle; failure to brake timely; failure to operate her vehicle so as to avoid a collision; and failure to see what was there to be seen. Further, the Defendant Linda F. Vento operated her vehicle recklessly and with a reckless disregard for the consequences of such operation, and with a disregard for the rights and safety of the Plaintiff and others, and in a manner likely to endanger the person and property of the Plaintiff and others.

11. Defendant Linda F. Vento operated her motor vehicle in violation of the motor

vehicle and traffic laws of the State of Maryland.  It was the duty of the Defendant to operate her motor vehicle in a careful and prudent manner and with due regard for the safety of other persons; notwithstanding that duty, the Defendant operated her vehicle in a negligent manner, and with a disregard for the safety of the Plaintiff.

12. As the direct and proximate cause of the negligence of the Defendant as aforesaid, the Plaintiff has suffered, and will continue to suffer, severe and permanent physical injuries, permanent disability, physical and mental pain/suffering, and severe mental anguish and emotional distress.

13. As a further direct and proximate cause of the negligence of the Defendant as aforesaid, the Plaintiff has incurred, and will continue to incur, substantial medical and related expenses, transportation costs, loss of earnings, permanent impairment of earning capacity, loss of time and enjoyment from his usual and customary leisure and recreational activities, and permanent impairment of his usual and customary leisure and recreational activities.

## DAMAGES SOUGHT UNDER ALL COUNTS

Wherefore, the Plaintiff hereby demands judgment from and against the Defendant Linda F. Vento in an amount of Seven Hundred and Fifty Thousand Dollars ($750,000), in compensatory damages, plus interest from the date of the occurrence, and costs.

Respectfully submitted,

/s/ Patrick G. Senftle
Patrick G. Senftle, Bar # 14624
PRESSLER SENFTLE & WILHITE, P.C.
1432 K Street, N.W.
12th Floor
Washington, D.C. 20005
Tel: (202) 822-8384
Fax: (202) 331-7587
psenftle@presslerpc.com

## **JURY DEMAND**

Plaintiff hereby demands a trial by jury trial on all issues raised herein.

                                          /s/ Patrick G. Senftle
                                           Patrick G. Senftle (#14624)